Charles C.H. Wu, SBN 166756
Mark H. Cheung, SBN 150690
Vikram M. Reddy, SBN 228515
WU & CHEUNG, LLP
98 Discovery
Irvine, California 92618-3105
Telephone: (949) 251-0111
Facsimile: (949) 251-1588
Attorneys for Plaintiff and Counter-Defendant Taye, Inc.

E-FILED 03/06/09

JS-6

John D. Bauersfeld (Calif. Bar 47,434)
Fitch, Even, Tabin and Flannery
21700 Oxnard Street, Suite 1740
Woodland Hills, CA 91367
Telephone: 818-715-7025
Facsimile: 818-715-7033
Email: jbauersfeld@fitcheven.com

Jon A. Birmingham (admitted *pro hac vice*)
Fitch, Even, Tabin and Flannery
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007
Email: jbirmi@fitcheven.com
Attorneys for Defendant and Counter-Plaintiff Drum Workshop, Inc.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taye, Inc., | Case No. CV-07-4835 PSG (VBKx) |
| Plaintiff, | CONSENT JUDGMENT AND PERMANENT INJUNCTION |
| vs. | Hearing: None |
| Drum Workshop, Inc., | Time: None |
| Defendant. | Courtroom: 790 - Roybal |

**1**

Upon the consent and agreement of the parties, as evidenced by the signatures of their counsel hereto,

It is ORDERED, ADJUDGED and DECREED that:

1. The parties represent that they have entered into an agreement resolving this action.

2. Drum Workshop is the owner of U.S. Patent Nos. 5,204,485; 5,396,826; 5,431,081; and 6,894,210 (hereinafter "Patents").

3. This Court permanently enjoins Plaintiff Taye, Inc., its officers, directors, managers, agents, servants, and employees, and those acting in active concert of participation with them, from directly or indirectly infringing any of the Patents until each respective patent has either expired, been abandoned, or been ruled invalid or unenforceable in a final, non-appealable decision by a court of competent jurisdiction, by making, using, offering to sell, importing or selling drum pedals[1] in the United States having the construction illustrated in the attached drawing and as represented by actual samples marked and retained by each of the respective parties and their counsel, as well as colorable imitations of those drum pedals incorporating inconsequential changes thereto. This Court retains jurisdiction over the parties for enforcement of the permanent injunction and adjudication of any contempt proceedings or issues arising under this order.

4. The Complaint filed herein is hereby dismissed with prejudice.

5. Any and all Counterclaims, including but not limited to the Amended Counterclaims, are hereby dismissed with prejudice.

6. The clerk is hereby ordered to enter judgment dismissing this action and incorporating the permanent injunction of paragraph 3.

---

[1] Specifically, those drum pedals defined as "TAYE CURRENT XP PEDALS" in the confidential settlement agreement entered into by the parties in this Action.

1
2
3          **SO ORDERED:**
4    Dated:     03/05/09
5
6
7                                    Hon. Philip S. Gutierrez
8                                    United States District Judge
9
10                              <u>CONSENT</u>
11          The foregoing is approved as to form and the entry thereof without further notice is

12   hereby consented to, and the respective parties have agreed to waive, and do hereby waive

13   all rights of appeal which they may have from entry of said judgment and permanent

14   injunction.
15
16
17   Dated: March 4, 2009
18                                   John D. Bauersfeld
                                     Attorney for Defendant
19
20   Dated:   MARCH 2, 2009
21                                   Charles C.H. Wu
                                     Attorney for Plaintiff
22
23
24
25
26
27
28